# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| HOPE ELLY, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:16-cv-00268-LG-RHW |
| PREMIER ENTERTAINMENT BILOXI, LLC., | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL

The Parties reached a resolution to this matter during the February 7, 2017 settlement conference that was held by Magistrate Judge Robert H. Walker.

IT IS, THEREFORE, ORDERED that this case is DISMISSED with prejudice, with the Court retaining jurisdiction to enforce the settlement agreement that will be retained by counsel.

DONE and ORDERED this 28th day of March 2017.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge